

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:02CV521-MCK

NUCOR CORPORATION,           )
                             )
              Plaintiff,     )
                             )         STIPULATION OF VOLUNTARY
                             )         DISMISSAL WITH PREJUDICE
RODNEY B. MOTT,              )
                             )
              Defendant.     )

Plaintiff Nucor Corporation and Defendant Rodney B. Mott, through counsel and pursuant to

Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned

action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

This the 10th day of ~~December~~ January, 200~~4~~5.


_____          _____
William L. Rikard, Jr.                    James T. Williams, Jr.
N.C. Bar No. 3701                         N. C. State Bar No. 4758
Eric D. Welsh                             John M. DeAngelis
N. C. Bar No. 29629                       N. C. State Bar No. 25392
PARKER, POE, ADAMS & BERNSTEINL.L.P.      BROOKS, PIERCE, MCLENDON,
Three Wachovia Center                     HUMPHREY & LEONARD, L.L.P.
401 South Tryon Street, Suite 300         230 North Elm Street, Suite 2000
Charlotte, NC 28205                       Greensboro, NC 27420
Telephone: (704) 372-9000                 Telephone: (336) 373-8850


*Attorneys for Plaintiff Nucor Corporation*   Albert M. Appel
                                              STROOCK & STROOCK & LAVAN LLP
                                              180 Maiden Lane
                                              New York, NY 10038
                                              Telephone: (212) 806-5400

                                              *Attorneys for Defendant Rodney B. Mott*


SSL-DOCS1 1466465v4

